# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-00187-FDW-DCK

| | |
|---|---|
| **MORGAN STANLEY PRIVATE BANK, NA,** | )<br>) |
| **Petitioner,** | )<br>) |
| v. | )     **ORDER**<br>) |
| **CHARLES RANDALL,** | )<br>) |
| **Respondent.** | )<br>) |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case, which was transferred to this District from the Northern District of Georgia, (Doc. No. 41), on February 20, 2024. On the same day, the Clerk's Office provided notice to counsel of record that pursuant to Local Rule 83.1, any counsel not admitted in this District must associate local counsel[1] and file appropriate motions to appear pro hac vice. (Text-Only Order, 2/20/24.)

Several motions and other pleadings appear on the docket, several of which were filed by counsel not currently admitted to practice in this District. Moreover, some pleadings do not conform to the local practice here. For example, one pleading styled as "Notice of Objection" appears to be a Motion to Strike, although not captioned as such.

Accordingly, the Court hereby DENIES all pending motions WITHOUT PREJUDICE to any party to refile those pending motions and reassert any applicable law and argument in accordance with this District's Local Rules governing motions practice and this Court's Standing Orders, (served via docket entry on 2/20/24), by counsel admitted to practice before this Court. In renewing any motion, counsel may also supplement any prior argument with additional applicable

---

[1] The Court notes some counsel for Respondent are admitted to practice in this District.

law in this District and within the Fourth Circuit. In light of the February 27, 2024, deadline for counsel to associate local counsel and file motions to appear pro hac vice, the Court directs the Motion to Vacate (and any related Motion to Request a Hearing/Oral Argument) to be filed no later than March 22, 2024. Responses and replies shall be due in accordance with the local rules. Because this is a dispositive motion, any memorandum in support of or opposition to the motion shall be limited to 6,000 words, and a reply memo shall be limited to 2,000 words. Any related motions, such as a motion to strike, shall also be filed in accordance with this Court's Local Rules and Standing Orders; and because those are not a dispositive motion, memoranda of law in support of or in opposition to any evidentiary motion shall not exceed 3,000 words.

**IT IS THEREFORE ORDERED** that the Motion to Vacate Arbitration Award, (Doc. No. 3); Motion for Oral Argument, (Doc. No. 32); and Motion for Leave to File Sureply, (Doc. No. 35), are DENIED WITHOUT PREJUDICE to be refiled in accordance with this Order.

**IT IS SO ORDERED.**

Signed: February 22, 2024

_____
Frank D. Whitney
United States District Judge