IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-187-FDW-DCK

| MORGAN STANLEY PRIVATE BANK, NA, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | **ORDER** |
| CHARLES RANDALL, | ) |  |
| Respondent. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) filed by C. Bailey King, Jr., concerning Thomas A. Linthorst, on February 27, 2024. Thomas A. Linthorst seeks to appear as counsel *pro hac vice* for Petitioner. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) is **GRANTED**. Thomas A. Linthorst is hereby admitted *pro hac vice* to represent Petitioner.

**SO ORDERED**.

Signed: February 28, 2024

David C. Keesler
United States Magistrate Judge